# United States District Court
## For The District of Wyoming

| | | |
|---|---|---|
| TIMOTHY FOYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15CV170-S |
| | ) | |
| DAIMLER TRUCKS NORTH AMERICA LLC, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

It appears from the records of this Court that the above entitled matter was filed on October 2, 2015, that the case is not at issue, and that no action has been taken within three months. On March 15, 2016, a Notice of Impending Dismissal was filed electronically by the Clerk of Court via CM/ECF. No action has been taken by the Plaintiffs. Accordingly, pursuant to Fed. R. Civ. P. 4(m) and U.S.D.C.L.R. 41.1(b), it is therefore ORDERED that the above-entitled matter be, and the same is hereby DISMISSED.

Dated this 27th day of April, 2016

Scott W. Skavdahl
United States District Judge